PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
4100 W Alameda Avenue Fl 3 #301
Burbank, CA 91505
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
TERESA ARELLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERESA ARELLANO<br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner, Social Security<br><br>        Defendant. | Case No. 2-20-CV-08276-ADS<br><br>ORDER FOR AWARD OF ATTORNEY FEES AND EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) U.S.C. §§ 2412(d); 1920<br><br>Judge:  Honorable Autumn D. Spaeth |

Based upon the parties' Stipulation for Award of Attorney Fees and Expenses under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees and expenses be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of $6,000.00, and expenses in the amount of $0.00 pursuant to 28 U.S.C. §§ 2412(d); 1920, subject to the terms of the above-referenced Stipulation.

Date:   12/14/2022              /s/ Autumn D. Spaeth
                              AUTUMN D. SPAETH
                              United States Magistrate Judge